## HELLUMS v. JESSUP.

No. 1937. Opinion Filed May 14, 1912.

(124 Pac. 33.)

**APPEAL AND ERROR—Dismissal—Failure to File Briefs.** H. having filed his petition ˌwith case-made attached, and J. having filed her motion to dismiss the appeal on the ground of plaintiff's failure to comply with the rule which requires brief of plaintiff in error to be prepared, served, and filed with the clerk of this court within 40 days after the filing of the petition in error, and neither any response having been made thereto nor briefs filed, the appeal will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Garfield County;*
*M. C. Garber, Judge.*

Action between Harkey D. Hellums and Myrtle Leonard Jessup. From the judgment, Hellums brings error. Dismissed.

*McKeever & Walker,* for plaintiff in error.

*Parker & Simons,* for defendant in error.

WILLIAMS, J. On August 15, 1910, petition in error, with case-made attached, was filed with the clerk of this court, and summons in error issued thereon. On May 4, 1912, the defendant in error filed a motion, which motion shows service upon the plaintiff in error, asking that the appeal be dismissed for failure to comply with rule 7 of this court (20 Okla. viii, 95 Pac. vi). This appears not to have been done. The appeal is therefore dismissed. *Leavitt et al. v. Commercial National Bank,* 26 Okla. 164, 109 Pac. 71.

All the Justices concur.